## J. E. CROSSMAN OIL & DEV. CO. et al. v. CROSSMAN.

No. 14977—Opinion Filed Nov. 18, 1924.

Error from District Court, Creek County; Fred A. Speakman, Judge.

Action between the J. E. Crossman Oil & Development Company et al. and Homer S. Crossman. From the judgment, the former brings error. Reversed and remanded.

Hiles, Newell & Brown, William J. Baxter, and Thompson & Smith, for plaintiffs in error.

Chas. Richardson, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469 106 Pac. 957, this cause is reversed and remanded for new trial for failure of defendant in error to file brief as provided in rule 7 of this court.

---

## BEMIS et al. v. CARSON.

No. 14931—Opinion Filed Nov. 18, 1924.

Error from District Court, Ellis County; T. P. Clay, Judge.

Action between H. F. Bemis and others and William Carson. From the judgment, the former bring error. Reversed and remanded.

C. B. Leedy and T. R. Blaine, for plaintiffs in error.

B. F. Barnett and Charles Swindall, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 857, this cause is reversed and remanded for new trial for failure of defendant in error to file brief as provided in rule 7 of this court.